Stephen J. SZABO and Mary
B. Szabo, Respondents

v.

COMMONWEALTH of Pennsylvania,
DEPARTMENT OF TRANS-
PORTATION, Petitioner

No. 184 WAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner, rephrased for clarity, are:

(1) By failing to file preliminary objections pursuant to section 306 of the Eminent Domain Code, 26 Pa.C.S. § 306, did Respondents waive their right to assert ownership and seek additional just compensation for the condemnation of two parcels which were allegedly mistakenly depicted as belonging to two other legal enti-

ties in plans attached to the declaration of taking?

(2) Did Petitioner's alleged mistake in the plans attached to a declaration of taking, constitute the failure to adequately establish the extent or effect of the taking, thereby excusing Respondents from filing preliminary objections under section 306 of the Eminent Domain Code. *See Pennsylvania Dep't Gen. Servs.*, 714 A.2d 1159 (Pa. Commw. 1998) and *Pennsylvania Dep't Trans. v. Greenfield Twp. Prop. Owners*, 135 Pa.Cmwlth. 113, 582 A.2d 41 (1990)?